**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 15, 2020

*Via ECF*

Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Jonathan Holguin*, 16 CR 621 (PAE)

Dear Judge Engelmayer:

    I represent Mr. Holguin, who is nearing the end of his term of supervised release. With the consent of Mr. Holguin's Probation Officer, Washington Herrera, I write to seek permission for Mr. Holguin to travel on a family vacation to the Dominican Republic where his father resides. Mr. Holguin would like to travel in mid-August and will stay in the Dominican Republic for two weeks. If his trip is approved, Mr. Holguin will provide a detailed itinerary to his Probation Officer, including contact information for where he will be staying in the Dominican Republic.

Thank you and I hope you and your Chambers remain safe.

Respectfully submitted,

/s/ Julia Gatto
Julia Gatto, Esq.
Assistant Federal Defender
Tel: (212) 417-8750

cc:   USPO Washington Herrera (via email)

**GRANTED.** The defendant shall provide the Probation Department with a detailed itinerary of this trip and shall contact the Probation Department within 24 hours of his arrival back in the Southern District of New York. The Clerk of Court is requested to terminate the motion at Dkt. No. 24.

7/15/2020

SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge